UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER HOLLY,<br><br>    Plaintiff,<br><br>  v.<br><br>VISION FINANCIAL CORP.,<br><br>    Defendant. | Case No. 09-cv-499-JPG |

### JUDGMENT

This matter having come before the Court, and Plaintiff Christopher Holly having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                      **NANCY J. ROSENSTENGEL**

                                      **By:s/Deborah Agans, Deputy Clerk**

**Dated: December 9, 2009**


**Approved:**    s/ J. Phil Gilbert_____
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**